| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| ALEXIS GALINDO, ESQ.<br>CURD, GALINDO & SMITH, LLP.<br>301 E. OCEAN BL.<br>SUITE 1700<br>LONG BEACH CA 90802<br>562/624-1177<br>Attorney For (Name):    PLAINTIFF | SBN 136643    562/624-1177<br><br>Ref. No. or File No.<br>134678/LE/CITY OF EL MONTE | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Short Title of Case:
KHANG LE VS CITY OF EL MONTE

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 581815 | | | | CV14-4579SJO-SSx |

```
                    PROOF OF SERVICE SUMMONS AND COMPLAINT
I certify that I am authorized to serve the SUMMONS and COMPLAINT in
the within action pursuant to F.R.Civ.P.4(c) and that I served the
SUMMONS and COMPLAINT as follows:
 SUMMONS IN A CIVIL ACTION
 COMPLAINT
 CIVIL COVER SHEET
 CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO
 LOCAL RULE 7.1-1
 NOTICE OF CASE ASSIGNMENT TO UNITED STATES JUDGES
 NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
 INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGES S. JAMES
   OTERO


1. Name and title of person served: STEVEN SCHUSTER, Chief of Police Individually and
                                    as a peace officer, BY SERVING JAMIE NERI, CITY
                                    CLERK, AUTHORIZED TO ACCEPT


2. Date and time of delivery: 06/24/14 , 03:15 PM

3. Place of service: RESIDENCE
                     BUSINESS    11333 VALLEY BLVD.
                                 EL MONTE CA 91731

                                              PERSONAL SERVICE
PERSONAL SERVICE, by handing copies to the person served (F.R.Civ.P.4d)
I declare under penalty of perjury that the foregoing document is true
and correct.
```

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE: 06/25/14                                          SIGNATURE

| Attorney or Party Without Attorney (Name and Address)<br>ALEXIS GALINDO, ESQ.<br>CURD, GALINDO & SMITH, LLP.<br>301 E. OCEAN BL.<br>SUITE 1700<br>LONG BEACH CA 90802<br>562/624-1177<br>Attorney For (Name):       PLAINTIFF | SBN 136643 | Telephone No.<br>562/624-1177<br><br>Ref. No. or File No.<br><br>134678/LE/CITY OF EL MONTE | FOR COURT USE ONLY |
|---|---|---|---|

Insert name of court and name of judicial district and branch court, if any.
   UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA

Short Title of Case:
   KHANG LE VS CITY OF EL MONTE

| Invoice No.:<br>581815 | Date: | Time: | Dep./Div.: | Case Number:<br>CV14-4579SJO-SSx |
|---|---|---|---|---|

Executed at SIGNAL HILL, state of CALIFORNIA on 06/25/14

SERVED BY: PAUL R. GARCIA     FEE FOR SERVICE: $60.00

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [ ] Independant Contractor
(2) Registration No. 2012070781
(3) County: LOS ANGELES
(4) Expiration: 04/11/16

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE:  06/25/14                              SIGNATURE