# UNITED STATES FEDERAL COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually; TUAN LE and DIANE LE.<br><br>       Plaintiffs<br><br>   vs.<br>CITY OF EL MONTE; STEVEN SCHUSTER, Chief of Police Individually and as a peace officer, OFFICER VICTOR RUIZ; OFFICER JAVIER ROJAS and DOES 1 through 10, Inclusive.<br>       Defendants | CASE NO: 2:14-cv-04579-SJO-SS<br>**[PROPOSED] ORDER RE: FILING OF FIRST AMENDED COMPLAINT** |

Pursuant to the stipulation of the parties regarding the filing of Plaintiffs' first amended complaint, and with GOOD CAUSE SHOWING:

**IT IS HEREBY ORDERED:**

1.   That Plaintiffs shall file their First Amended Complaint in this Federal action on or before July 30, 2014 and Defendants shall file its/their responsive pleading within 21 days after the Plaintiffs have filed said first amended complaint.

2.     The Plaintiffs shall dismiss their State court action entitled <u>Le, et al. vs. City of El Monte, et al.</u> LASC Case No. BC497169 on or before July 30, 2014, in its entirety and with prejudice.  In contemplation of that dismissal, all parties agree to waive all costs and fees incurred prior to the filing of Plaintiffs' First Amended Complaint in this Federal action and Defendants decline to pursue Rule 11 sanctions against Plaintiffs based upon the representations of Plaintiffs' counsel that Plaintiffs' would not be pursuing Federal claims.  Defendants do not waive their right to bring Rule 11 sanctions on any other grounds.

3.     Good cause exists to allow Plaintiffs to file a first amended complaint as both parties have agreed that there are deficiencies in Plaintiffs' complaint.

4.     As a result of the trial date of the Plaintiffs' state action having been set for December 1, 2014, the discovery cutoff in that matter is November 1, 2014 and, as a result, the parties have nearly completed discovery in that matter.  The parties therefore agree that no other discovery will be conducted on the named parties to this litigation and any and all discovery already taken and completed in the State court action may be used for all purposes in the Federal action.

**IT IS SO ORDERED.**

DATED: _____     _____
                                                Hon. S. James Otero
                                                U.S District Judge