**LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC**
PETER J. FERGUSON SBN 108297
peterferg@aol.com
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300  •  Fax (714) 953-1143

Attorneys for Defendants
CITY OF EL MONTE, STEVEN SCHUSTER, VICTOR RUIZ
and JESUS ROJAS (improperly sued as Javier Rojas)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually; TUAN LE and DIANE LE, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF EL MONTE; STEVEN SCHUSTER, Chief of Police Individually and as a peace officer, OFFICER VICTOR RUIZ; OFFICER JAVIER ROJAS and DOES 1 through 10, Inclusive, <br><br> Defendants. | No.  CV14-04579 SJO (SSx) <br><br> Hon. S. James Otero <br><br> **DEFENDANTS' DECLARATIONS AND OTHER EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT;** <br><br> **[FRCP Rule 56]** <br><br> Date       : March 2, 2015 <br> Time       : 10:00 a.m. <br> Courtroom  : 1 - 2nd Floor |

///

---

DEFENDANTS' DECLARATIONS AND OTHER EVIDENCE IN SUPPORT OF
PARTIAL SUMMARY JUDGMENT

## TABLE OF CONTENTS

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 1 | Declaration of Captain Dave Vautrin |

DATED: January 28, 2015     FERGUSON, PRAET & SHERMAN, APC


 /s/ Allen Christiansen
Allen Christiansen  SBN 263651
Attorneys for Defendant City of El Monte, Steven Schuster, Ofc. Victor Ruiz and Ofc. Jesus Rojas

DEFENDANTS' DECLARATIONS AND OTHER EVIDENCE IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

DEFENDANTS' DECLARATIONS AND OTHER EVIDENCE IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

**LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC**
PETER J. FERGUSON SBN 108297
peterferg@aol.com
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 • Fax (714) 953-1143

Attorneys for Defendants
CITY OF EL MONTE, STEVEN SCHUSTER, VICTOR RUIZ and JESUS ROJAS (improperly sued as Javier Rojas)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually; TUAN LE and DIANE LE,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF EL MONTE; STEVEN SCHUSTER, Chief of Police Individually and as a peace officer, OFFICER VICTOR RUIZ; OFFICER JAVIER ROJAS and DOES 1 through 10, Inclusive,<br><br>          Defendants.<br>_____ | No. CV14-04579 SJO (SSx)<br><br>Hon. S. James Otero<br><br>**DECLARATION OF CAPTAIN DAVE VAUTRIN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT;**<br><br>**[FRCP Rule 56]**<br><br>Date     : March 2, 2015<br>Time     : 10:00 a.m.<br>Courtroom : 1 - 2nd Floor |

1

## DECLARATION OF DAVE VAUTRIN

I, Dave Vautrin, declare:

1. I am the Administrative Captain for the City of El Monte and began in this capacity in 2013. I began my career with the City of El Monte Police Department _21_ years ago. In that capacity, I declare that the following facts are within my own personal knowledge unless otherwise stated. The purpose of this declaration is made solely for the Motion for Partial Summary Judgment and should not be considered for any other purpose.

2. I am aware of the policies for the El Monte Police Department with regard to police administration and conduct.

3. El Monte's Police Department has never had a policy, practice or custom, written or otherwise, authorizing or condoning unlawful search and seizures of persons in violation of the United States Constitution. In addition, the City does not have a custom, policy and practice that encourages, tolerates, or ratifies the employment, deployment and retention of persons as peace officers who unlawfully search or seize persons.

4. I have read the allegations contained in the Complaint in the matter of Le, et al. v. City of El Monte, et al., Case No. CV14-04579 SJO (SSx). Specifically, the City of El Monte has no policy to maintain, train and or control its officers in a negligent or unconstitutional manner, or inadequately or unconstitutionally supervise its employees with respect to detaining and arresting individuals.

5. The City requires extensive and lawful training of police officers at certified academies. All El Monte police officers attend only P.O.S.T. certified

2

academies which provide training that complies with the laws of the State of California and the standards set by the Commission on Peace Officer Standards and Training. The Commission on P.O.S.T. is the entity that establishes the standards that must be met by law enforcement agencies and peace officers in California.

6. Once employed by the City of El Monte, all sworn officers are required to complete at least 24 hours of P.O.S.T. certified training every 24 months

7. With regard to the incident addressed in this litigation, the City of El Monte, by and through its police department, did not set in motion, a series of acts by others, or knowingly refuse to terminate a series of acts by others, which it knew or reasonably should have known or was plainly obvious, would cause others to inflict constitutional injury.

8. Regarding the allegations contained in Plaintiffs' first amended complaint, specifically paragraphs 43 and 44, regarding El Monte and the El Monte Police Department. I deny that there is maintained any such official policy, rule, custom or usage promulgated or approved by an official body of El Monte or the El Monte Police Department, or that is there a policy to deprive persons of their rights pursuant to any fourth and/or fourteenth constitutionally protected right and all allegations indicated in paragraphs 43 and 44.

9. In summary, the City undertakes a number of measures to monitor and ensure that unlawful arrests or other acts of misconduct do not occur. They include the following:

    a)    review procedures when there is an allegation of misconduct;
    b)    close monitoring, review and supervision of police officers;

3

c) administrative inquires;
d) internal affairs investigations;
e) citizen complaint procedures;
f) disciplinary proceedings and measures;
g) extensive basic academy training and continuous in service training of officers;
h) compliance with P.O.S.T. standards.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2015, at El Monte, California.

_____
Dave Vautrin

4