**LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC**
PETER J. FERGUSON SBN 108297
peterferg@aol.com
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 • Fax (714) 953-1143

Attorneys for Defendants
CITY OF EL MONTE, STEVEN SCHUSTER, VICTOR RUIZ
and JESUS ROJAS (improperly sued as Javier Rojas)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually; TUAN LE and DIANE LE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EL MONTE; STEVEN SCHUSTER, Chief of Police Individually and as a peace officer, OFFICER VICTOR RUIZ; OFFICER JAVIER ROJAS and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. CV14-04579 SJO (SSx)<br><br>Hon. S. James Otero<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT;**<br><br>**[FRCP Rule 56]**<br><br>Date     : March 2, 2015<br>Time     : 10:00 a.m.<br>Courtroom : 1 - 2nd Floor |

Defendants, in support of their motion for partial summary judgment, submit that the following material facts are undisputed in this action:

///

**ISSUE NO. 1 – CITY OF EL MONTE IS ENTITLED TO JUDGMENT AS A MATTER OF LAW AS TO PLAINTIFFS' SECOND CAUSE OF ACTION FOR *MONELL* VIOLATIONS BECAUSE THERE IS NO POLICY TO VIOLATE THE CIVIL RIGHTS OF PERSONS AND PLAINTIFFS HAVE FAILED TO ALLEGE A VALID *MONELL* CLAIM**

| Moving Party's Undisputed Facts | Supporting Evidence |
|---|---|
| 1. The City of El Monte, including the El Monte Police Department, does not maintain any official policy, rule, custom or usage approved by an official body of the City of El Monte to deprive persons of their rights as described in Paragraph 43 and 44 of Plaintiffs' First Amended Complaint. | **Exhibit 1, ¶8** |
| 2. There is no policy of the City of El Monte, including the El Monte Police Department, to deprive persons of their rights as described in Paragraph 43 and 44 of Plaintiffs' First Amended Complaint. | **Exhibit 1, ¶8** |
| 3. The City of El Monte, including the El Monte Police Department, does not maintain any policy of failing to properly hire, train, instruct, monitor, supervise, evaluate, investigate or discipline its employees. | **Exhibit 1, ¶¶8-9** |
| 4. The City of El Monte's policy is to provide adequate and proper training to El Monte Police Officers. | **Exhibit 1, ¶9** |

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | DATED: January 28, 2015 | FERGUSON, PRAET & SHERMAN, APC |
| 2 | | |
| 3 | | /s/ Allen Christiansen |
| 4 | | Allen Christiansen  SBN 263651 |
| 5 | | Attorneys for Defendant City of El Monte, Steven |
| 6 | | Schuster, Ofc. Victor Ruiz and Ofc. Jesus Rojas |