1  CURD, GALINDO & SMITH, L.L.P.
   ALEXIS GALINDO, SBN 136643
2  301 East Ocean Boulevard, Suite 1700
   Long Beach, CA 90802
3  Telephone: (562) 624-1177
   Facsimile: (562) 624-1178
4  EMAIL: agalindo@cgsattys.com

5  Attorneys for Plaintiffs
   KHANG LE and GIAO DANG, Successors in Interest and Individually

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10

11  KHANG LE and GIAO DANG, Successors        CASE NO: CV14-04579-SJO-SSx
12  in Interest and Individually;             MOTION IN LIMINE NO. 1
                                              OF 5.
13         Plaintiffs                         DECLARATION OF
14                                            ALEXIS GALINDO IN
                                              SUPPORT OF
15    vs.                                     PLAINTIFFS' MOTION IN
                                              LIMINE NO. 1.
16  OFFICER VICTOR RUIZ; OFFICER
17  JAVIER ROJAS and DOES 1 through 10,       Trial Date:   April 20, 2015
    Inclusive.                                Time:         10:00 a.m.
18         Defendants                         Crtrm.:       2
                                              PTC:          April 8, 2015
19

20

21

22  I, Alexis Galindo, hereby assert and declare as follows:

23  1.     I am an attorney at law, duly license to practice before all of the courts of the

24  State of California. I am a principal at Curd, Galindo & Smith, LLP, attorneys of
25
    record for the Plaintiff in the above-referenced matter. All of the statements
26
27  contained in this Declaration are true based on my personal knowledge.

28

2.     This Motion seeks to exclude evidence of the District Attorney's Report which concluded that criminal charges would not be filed against the Defendant Officers, Victor Ruiz and Jesus Rojas.  Additionally, the Motion seeks to exclude any evidence which suggest that the Defendant Officers were not disciplined by their department.

3.     I have previously informed defense counsel of the subject of this Motion. We were unable to arrive at a stipulation which would obviate the need for filing this motion.

4.     I declare under the penalty of perjury under the laws of the State of California, United States of America that the foregoing is true and correct.

Executed on March 17, 2015, at Los Angeles, California.

/s/ *Alexis Galindo*

_____
Alexis Galindo

Motion in Limine No. 1 Exclusion of Non-Criminal or Discipline Charges

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 301 East Ocean Blvd., Suite 1700, Long Beach, CA 90802.

On **March 18, 2015**, I served the within:

**MOTION IN LIMINE NO. 1 OF 5
EXCLUDE ANY EVIDENCE THAT NO CRIMINAL OR DISCIPLINE
CHARGES WERE BROUGHT AGAINST DEFENDANT OFFICERS VICTOR
RUIZ AND JESUS ROJAS; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF ALEXIS GALINDO, ESQ.**

in said action, on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

[ ]   **BY FIRST CLASS MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FACSIMILE:**  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2005(I), I caused the machine to print a report of the transmission.

[X]   **BY E-FILE:  (IN COMPLIANCE WITH GENERAL ORDER)** On **March 18,  2015**, at my place of business, I e-filed the documents with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the parties listed below:

Peter J. Ferguson
Allen Christiansen
Steven A. Sherman
FERGUSON, PRAET & SHERMAN, APC
1631 E. 18th Street
Santa Ana, CA  92705
(714) 953-5300
(714) 953-1143 (Fax)
Attorneys for Defendants, City of El Monte and Steven Schuster and
Attorneys for Specially Appearing Respondent, El Monte Police Department

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **March 18, 2015** at Long Beach, California.

*Irene Duran*
Irene Duran

**Curd, Galindo & Smith, L.L.P.**
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA  90802
Ph: (562) 624-1177
Fx: (562)624-1178