CURD, GALINDO & SMITH, L.L.P.
ALEXIS GALINDO, SBN 136643
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178
EMAIL: agalindo@cgsattys.com

Attorneys for Plaintiffs
KHANG LE and GIAO DANG, Successors in Interest and Individually

Peter Ferguson
Allen Christiansen
FERGUSON, PRAET & SHERMAN
1631 E. 18th Street
Santa Ana, CA 92705-7101
Telephone: (714) 953-5300
Facsimile: (714) 953-1143
E-mail: peterferg@aol.com

Attorneys for Defendants
VICTOR RUIZ and JESUS ROJAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually;<br><br>Plaintiffs<br><br>vs.<br><br>OFFICER VICTOR RUIZ; OFFICER JESUS ROJAS and DOES 1 through 10, Inclusive.<br>Defendants | CASE NO: 2:14-cv-04579-SJO-SS<br><br>**JOINT EXHIBIT LIST**<br><br>Trial Date: April 21, 2015<br>Time: 10:00 a.m.<br>Crtrm.: 2<br>PTC: April 13, 2015 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

Plaintiffs, KHANG LE and GIAO DANG, Successors in Interest and

1  Individually, (collectively hereafter "Plaintiffs"), and Defendants by and through
2  their attorneys of record, hereby submit the following proposed Joint Exhibit List of
3
4  tangible and documentary evidence to be provided-published to the jury at the time
5  of trial (to the extent admissible under Federal Rules of Evidence), pursuant to
6  Federal Rules of Civil Procedure 16 and 51; United States District Court, Central
7
8  District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-
9  2, 51-3 and 51-4 (as applicable); and the applicable Orders of the Court, including
10 the Initial Standing Order for Cases Assigned to Judge S. James Otero.
11
12       The Parties have conferred as required by the Local Rules and/or Fed. R. Civ.
13 Pro. 16 regarding the joint preparation of this pre-trial document.
14
         The signatory parties reserve the right to amend this Exhibit List.
15
16 DATED: March 20, 2015              **CURD, GALINDO & SMITH, LLP**
17                                           */s/ Alexis Galindo*
18                                           Alexis Galindo
                                             Attorneys for Plaintiffs
19
20 DATED:                              **FERGUSON, PRAET & SHERMAN**
21
22                                           By:_____
                                             Peter Ferguson
23                                           Allen Christiansen
                                             Attorneys for Defendants
24
25
26
27
28

| No. | Description of Exhibit | Defendant's Objection | Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | 911 Audio Call | | | | |
| 2. | Photograph of the Scene (Front Door - House) | | | | |
| | Photograph of the Scene (Interior-House) | | | | |
| | Photograph of the Scene (Living Room-House) | | | | |
| | Photograph of the Scene (Hallway-Interior-House) | | | | |
| 3. | Photograph of the Scene. (Hallway to Garage) | | | | |
| 4. | Photograph of the Scene. (Interior Garage) | | | | |
| 5. | Photograph of the Scene. (Interior of Garage-Laundry room) | | | | |
| 6. | Photograph of the Scene. (Interior of Garage-Garage Door Open) | | | | |
| 7 | Photograph of the Scene. (Interior of Garage-Garage Door Open Driveway) | | | | |
| 8. | Photograph of Khoa Le's Bedroom | | | | |
| 9. | Photograph of Khoa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Le's Bedroom Door | | | | |
| | 10. | Photograph of Khoa Le's Bedroom | | | | |
| | 11. | Photograph of Khoa Le's Left hand. | | | | |
| | 12. | Photograph of Khoa Le's Right Hand. | | | | |
| | 13. | Photograph of Khoa Le's Left flank. | | | | |
| | 14. | Photograph of Khoa Le's Right Flank. | | | | |
| | 15. | Photograph of Khoa Le trauma to head. | | | | |
| | 16. | Photograph of Khoa Le's right eye. | | | | |
| | 17. | Photograph of Khoa Le Pre-Incident. | | | | |
| | 18. | Photograph of Victor Rojas | | | | |
| | 19. | Photograph of Jesus Rojas. | | | | |
| | 20. | Photograph of Jacob Burse. | | | | |
| | 22. | Photograph of Craig Montierth. | | | | |
| | 23. | Photograph of Officer Jesus Rojas post Incident at Station. | | | | |
| | 24. | Photograph of Officer Jesus Rojas- Injuries. | | | | |
| | 25. | Photograph of Officer Victor Ruiz post Incident at Station. | | | | |
| | 26. | Photograph of Officer Victor Ruiz -Injuries. | | | | |
| | 27. | Photograph of Taser | | | | |

| # | Exhibit | | | | |
|---|---|---|---|---|---|
| 28. | Taser Data Download | | | | |
| 29. | Photograph of Mock Scene with Officers Ruiz and Rojas. | | | | |
| 30. | Photograph of Mock Scene with Officers Ruiz and Rojas. | | | | |
| 31. | Photograph of Mock Scene with Officers Ruiz and Rojas. | | | | |
| 32. | Photograph of Mock Scene with Officers Ruiz and Rojas | | | | |
| 33. | Photograph of Mock Scene with Officers Ruiz and Rojas | | | | |
| 34. | Photograph of Mock Scene with Officers Ruiz and Rojas | | | | |
| 35. | Photograph of Pill Box | | | | |
| 36. | Photograph of medications | | | | |
| 37. | Los Angeles County Sheriff Report # File No. 012-00058-3199-496 | | | | |
| 38. | El Monte Police Incident Report #CR-12-5751-00 | | | | |
| 39. | El Monte Police Incident Report Case #06CR7625 re Le, Koha Anh 6-3-06 | | | | |

5
JOINT EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| 40. | Diagram of Scene Prepared by LACSD Sketch by D. Enriquez | | | | | |
| 41. | El Monte Police CAD Report 6/14/12 | | | | | |
| 42. | El Monte Police Call for Service Report 6/14/12. | | | | | |
| 43. | Recorded Interview Officer Victor Ruiz | | | | | |
| 44. | Transcribed Interview of Officer Victor Ruiz | | | | | |
| 45. | Recorded Interview Officer Jesus Rojas | | | | | |
| 46. | Transcribed Interview of Officer Jesus Rojas | | | | | |
| 47. | Recorded Interview Diane Le | | | | | |
| 48. | Los Angeles County Fire Dept EMT Report | | | | | |
| 49. | Greater El Monte Medical Records | | | | | |
| 50. | Autopsy Report No. 2012-03956 Ajay Panchal, M.D. | | | | | |
| 51. | Recorded Interview Craig Monteirth. | | | | | |
| 52. | Recorded Interview Jacob Burse | | | | | |
| 54. | El Monte Police Use of Force Policy (Policy 300 | | | | | |
| 55. | El Monte Police Dept Policy Manual – Control Devices & Techniques (Policy 308-309.7 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 56. | El Monte Police Department Policy Manual – Mental Illness Commitments (Policy 418) | | | | |
| 57. | Jack Smith 26 Report | | | | |
| 58. | Jack Smith C.V. and Testimony | | | | |
| 59. | John Hiserodt, M.D. Rule 26 Report | | | | |
| 60. | John Hiserodt, M.D. C.V. and Testimony | | | | |
| 61. | Alon Steinberg, M.D. Rule 26 Report | | | | |
| 62. | Alon Steinberg, M.D. C.V. | | | | |
| 63. | POST Learning Domain 37 | | | | |
| 64. | POST Learning Domain 37 | | | | |
| 66. | DOJ Bulletin Re: Positional Asphxia | | | | |
| 67. | Joe Callanan Deposition dated 08/26/99 | | | | |
| 68. | Joe Callanan Deposition dated 11/12/12 | | | | |
| 69. | Joe Callanan trial testimony 11/16/2009 | | | | |
| 70. | Joe Callanan State Bar trial testimony 2-4-13 | | | | |
| | Joe Callanan Rule 26 | | | | |

| No. | Description | | | | |
|---|---|---|---|---|---|
| 71. | Reports | | | | |
| 72. | Joe Callanan State Bar Complaint | | | | |
| 73. | State Bar Court Ruling | | | | |
| 74. | American Journal of Forensic Medicine & Pathology – Asphyxial Death During Prone Restraint Revisited by Ronald L. O'Halloran, MD & Janice G. Frank, MD. | | | | |
| 75. | Journal of Forensic Nursing –Restricted Breathing Diagram. | | | | |

**DEFENDANTS' EXHIBITS**

| No. | Description of Exhibit | Plaintiffs' Objection | Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 200. | | | | | |
| | | | | | |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 301 East Ocean Blvd., Suite 1700, Long Beach, CA 90802.

On **March 23, 2015**, I served the within:

**JOINT EXHIBIT LIST**

in said action, on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

[ ]  **BY FIRST CLASS MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FACSIMILE:** The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a report of the transmission.

[X]  **BY E-FILE:** (IN COMPLIANCE WITH GENERAL ORDER) On **March 23, 2015**, at my place of business, I e-filed the documents with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the parties listed below:

Peter J. Ferguson
Allen Christiansen
Steven A. Sherman
FERGUSON, PRAET & SHERMAN, APC
1631 E. 18th Street
Santa Ana, CA  92705
(714) 953-5300
(714) 953-1143 (Fax)
Attorneys for Defendants, City of El Monte and Steven Schuster and
Attorneys for Specially Appearing Respondent, El Monte Police Department

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **March 23, 2015** at Long Beach, California.

*/s/ Irene Duran*
Irene Duran

Joint Exhibit List