**FERGUSON, PRAET & SHERMAN, APC**
PETER J. FERGUSON SBN 108297
peterferg@aol.com
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 • Fax (714) 953-1143

Attorneys for Defendants
CITY OF EL MONTE, VICTOR RUIZ and JAVIER ROJAS

CURD, GALINDO & SMITH, L.L.P.
ALEXIS GALINDO, SBN 136643
301 East Ocean Boulevard, Suite 1700
Long Beach, CA  90802
Telephone:  (562) 624-1177
Facsimile:   (562) 624-1178
EMAIL: agalindo@cgsattys.com

Attorneys for Plaintiffs
KHANG LE and GIAO DANG, Successors in Interest and Individually

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF EL MONTE; et al., <br><br><br><br><br><br> Defendants. <br> _____ | No.  CV14-04579 SJO (SSx) <br><br> Hon. S. James Otero <br><br><br><br> **PROPOSED JOINT WITNESS LIST** <br><br><br><br><br> Date      : April 21, 2015 <br> Time      : 9:00 a.m. <br> Courtroom : 1 |

1

JOINT WITNESS LIST

**TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:**

Plaintiffs, KHANG LE and GIAO DANG, Successors in Interest and Individually, (collectively hereafter "Plaintiffs"), by and through their attorneys of record, hereby submit the following Joint Witness List of persons whose testimony is to be provided to the jury at the time of trial, pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51.4 (as applicable); and the applicable Orders of the Court, including the Initial Standing Order for Cases Assigned to Judge S. James Otero.

The Parties have conferred as required by the Local Rules and/or Fed. R. Civ. Pro. 16 regarding the joint preparation of this pre-trial document.

The Parties have the right to amend this Witness List.

Dated: March 23, 2015     FERGUSON, PRAET & SHERMAN
                          A Professional Corporation

                    By:  /s/ Peter J. Ferguson
                         Peter J. Ferguson, Attorneys for
                         Defendants City of El Monte, Victor
                         Ruiz and Javier Rojas

Dated: March 23, 2015     CURD, GALINDO & SMITH, LLP
                          and WYNN LAW GROUP

                    By: /s/ Alexis Galindo
                         Alexis Galindo
                         Attorneys for Plaintiffs

# THE PARTIES INITIAL WITNESS LIST

| No. | Witness | Direct Time | Cross-Time | Description of Anticipated Testimony | Comments/ Objections |
|---|---|---|---|---|---|
| | | | | | |

*Witnesses have been listed in no particular order.  Parties reserve the right to amend to add, delete or modify witnesses and/or timing*

| No. | Witness | Direct Time | Cross-Time | Description of Anticipated Testimony | Comments/ Objections |
|---|---|---|---|---|---|
| ** | | | | ""L.R. 16-5 Notice of Conditional Witnesses | |
| 1. | **Officer Victor Ruiz** | 1.0 Hr. | .50 | Defendant Officer Ruiz will testify as to the events of the incident | |
| 2. | **Officer Jesus Rojas** | 1.0 Hr. | .50 | Defendant Officer Rojas will testify as to the events of the incident | |
| 3. | **Officer Craig Monthierth** | .50 Hr. | .30 | Percipient Witness; He found decedent in garage and commenced CPR. He also had a prior incident with decedent | |
| 4. | **Officer Jacob Burse** | .50 Hr. | .30 | Percipient Witness; He found decedent in garage and commenced CPR. | |
| 5. | **Officer Mark Snook** | .50 Hr. | .30 | Rule 30(b) PMK Witness Re: Policy for Use of Carotid Restraint Hold | |
| 6. | **Khang Le** | .75 Hr. | .30 | Plaintiff - Father Damages Witness and Mr. Le will testify to the events that he observed immediately prior to and at the time decedent was killed | |

Joint Witness List                              i

| # | Name | | | Description | MIL |
|---|---|---|---|---|---|
| 7. | **Gaio Dang** | .50 Hr. | .30 | Plaintiff - Mother Damages Witness and Mrs. Dang will testify to the events that he observed immediately prior to and at the time decedent was killed | |
| 8. | **Diane Le** | 1.25 Hr. | .75 | Sister of decedent Damages Witness and Ms. Le will testify to the events that he observed immediately prior to and at the time decedent was killed | |
| 9. | **Tuan Le** | .50 Hr. | .50 | Brother of decedent Damages Witness and Mr. Le will testify to the events that he observed immediately prior to and at the time decedent was killed | |
| 10. | | | | | |
| 11. | **Jack Smith Plaintiff** **Police Practices** | 1.50 Hr. | 1.0 | Plaintiffs' Expert Witness: Police tactics and use of force by involved officers | Defense MIL #4 |
| 12. | **Joe Callanan Defense** **Police Practice** | 1.50 Hr. | 1.0 | Defendants Expert Witness: Police tactics and use of force by involved officers | Defense MIL #3 |
| 13. | **Ajay Panchal, M.D.** **LA County Coroner** | 1.0 Hr. | 1.0 | Investigation Witness: medical examination of decedent cause of death and related issues | |
| 14. | **John Hiserodt, M.D.** **Plaintiff Medical** | 1.0 Hr. | 1.0 | Plaintiffs' Medical Expert-Decedent's injuries and cause of death | Defense MIL #7 |

Joint Witness List                                      ii

| | | | | | |
|---|---|---|---|---|---|
| 15. | **Greg Vilke, M.D.**<br>**Defense Medical** | **1.50 Hr.** | **1.0** | Defendants' Medical Expert-Decedent's injuries and cause of death | |
| 16. | **Alon Steinberg, M.D.**<br>**Plaintiff rebuttal cardiologist** | **1.0 Hr.** | **.50** | Plaintiff's rebuttal Medical Expert-Decedent's injuries and cause of death | |
| 17. | **Defense Cardiologist** | **.50 Hr.** | **.50** | | |
| 18. | **Detective Frank Salerno**\*\* | **.50 Hr.** | **.50** | Conditional Witness Investigation of incident statements made by witnesses | |
| 19. | **Detective Ron Duval**\*\* | **.50 Hr.** | **.50** | Conditional Witness Investigation of incident statements made by witnesses | |
| 20. | **LAFD Fireman/Paramedic Lancaster**\*\* | **.50 Hr.** | **.50** | Conditional Witness Paramedic at scene | |
| 21. | **LAFD Fireman/Paramedic Lugosi**\*\* | **.50 Hr.** | **.50** | Conditional Witness Paramedic at scene | |
| 22. | **LAFD Fireman/Paramedic Knowles**\*\* | **.50 Hr.** | **.50** | Conditional Witness Paramedic at scene | |
| 23. | **Parmedic McCanen**\*\* | **.50 Hr.** | **.50** | Conditional Witness Paramedic at scene | |
| 24. | **LAFD Fireman/Paramedic Seman**\*\* | **.50 Hr.** | **.50** | Conditional Witness Paramedic at scene | |
| 25. | **Caroucel Chateco, M.D.** \*\* | **.50 Hr.** | **.50** | Conditional Witness decedent's treating physician | |
| 26. | **Duc Nguyen, M.D.**\*\* | **.50 Hr.** | **.50** | Conditional Witness decedent's treating physician | |

Joint Witness List                3

| | | | | | |
|---|---|---|---|---|---|
| 27. | **Tuan Pham, M.D.**\*\* | .50 Hr. | .50 | Conditional Witness decedent's treating physician | |
| 28. | **Rekka Do Raja, M.D.**\*\* | .50 Hr. | .50 | Conditional Witness decedent's treating physician | |
| 29. | **Custodian of Records of LASO** | .50 Hr. | .50 | Custodian of Records | |
| 30. | **Hien Dang** | .50 Hr. | .50 | Decedent's Uncle | |

Joint Witness List  4

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Coleen Ludvigson, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On March 24, 2015, I served the foregoing **PROPOSED JOINT WITNESS LIST** on the interested parties in this action:

Alexis Galindo, Esq.
Curd, Galindo & Smith, LLP
301 E. Ocean Blvd., Suite 1700
Long Beach, CA 90802
(562) 624-1177 / (562) 624-1178 Fax
Attorneys for Plaintiffs Khang Le and Giao Dang

Richard Wynn, Esq.
Wynn Law Group
301 E. Ocean Blvd., Suite 1700
Long Beach, CA 90802

\_\_\_ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

\_\_\_ (By Facsimile Service) I caused such envelope/document to be delivered via facsimile to the office of the addressee.

\_\_\_ (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 24, 2015, at Santa Ana, California.

/s/ Coleen Ludvigson
Coleen Ludvigson

---

Joint Witness List      5