<mark>Case 2:14-cv-04579-SJO-SS Document 64 Filed 03/31/15 Page 1 of 2 Page ID #:576</mark>

**LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC**
PETER J. FERGUSON SBN 108297
peterferg@aol.com
ALLEN CHRISTIANSEN SBN 263651
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
(714) 953-5300 • Fax (714) 953-1143

Attorneys for Defendants
CITY OF EL MONTE, VICTOR RUIZ and JESUS ROJAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually; TUAN LE and DIANE LE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EL MONTE; STEVEN SCHUSTER, Chief of Police Individually and as a peace officer, OFFICER VICTOR RUIZ; OFFICER JAVIER ROJAS and DOES 1 through 10, Inclusive,<br><br>Defendants.<br>_____ | No. CV14-04579 SJO (SSx)<br><br>Hon. S. James Otero<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE ANY EVIDENCE THAT NO CRIMINAL OR DISCIPLINE CHARGES WERE BROUGHT AGAINST DEFENDANT OFFICERS VICTOR RUIZ AND JESUS ROJAS;**<br><br>Date : April 21, 2015<br>Time : 9:00 a.m.<br>Courtroom : 1 |

**I.      INTRODUCTION**

Plaintiffs, by their motion *in limine* number 1, seek to exclude any evidence that the defendant officers were not disciplined or criminally charged as a result of the alleged incident.

Also buried in Plaintiffs' motion is that they seek to exclude a Los Angeles County District Attorney's Office Report which provided information and conclusions regarding the investigation and decision not to criminally charge the defendant officers.

1

<mark>DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE RE NO CRIMINAL CHARGES</mark>

## II. DEFENDANTS DO NOT WANT TO BE PRECLUDED FROM PRESENTING SUCH EVIDENCE SHOULD THE PLAINTIFFS "OPEN THE DOOR"

Defendants agree that the fact that the defendant officers were not disciplined or criminally charged as a result of the alleged incident may not be relevant to the testimony given at trial. The LA County District Attorney's Office Report may also be irrelevant at trial.

However, should the Plaintiffs open the door, so to speak, by bringing up the fact that the District Attorney's office conducted an investigation into this matter either through the introduction of exhibits or through eliciting testimony of parties or witnesses, the Defendants must be able to respond by providing the jury information regarding the outcome of such an investigation.

The same holds true should Plaintiffs introduce evidence that the defendant officers should have been disciplined or criminally charged or otherwise put such information at issue.

## III. CONCLUSION

Plaintiffs' motion *in limine* number one should be denied or, alternatively, granted with the provision that the issue may be revisited during the trial if such information is disclosed.

DATED: March 24, 2015        FERGUSON, PRAET & SHERMAN, APC

                             /s/ Allen Christiansen
                             Allen Christiansen  SBN 263651
                             Peter J. Ferguson  SBN 108297
                             Attorneys for Defendant City of El Monte, Ofc.
                             Victor Ruiz and Ofc. Jesus Rojas