1 | CURD, GALINDO & SMITH, L.L.P.
2 | ALEXIS GALINDO, SBN 136643
3 | 301 East Ocean Boulevard, Suite 1700
4 | Long Beach, CA 90802
  | Telephone: (562) 624-1177
  | Facsimile: (562) 624-1178
  | EMAIL: agalindo@cgsattys.com

5 | Attorneys for Plaintiffs
6 | KHANG LE and GIAO DANG, Successors in Interest and Individually

7 | Peter Ferguson
  | Allen Christiansen
8 | FERGUSON, PRAET & SHERMAN
  | 1631 E. 18th Street
9 | Santa Ana, CA 92705-7101
  | Telephone: (714) 953-5300
10 | Facsimile: (714) 953-1143
  | E-mail: peterferg@aol.com

11 | Attorneys for Defendants
12 | VICTOR RUIZ and JESUS ROJAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually;<br><br>Plaintiffs<br><br>vs.<br><br>OFFICER VICTOR RUIZ; OFFICER JAVIER ROJAS and DOES 1 through 10, Inclusive.<br>    Defendants | CASE NO: 2:14-cv-04579-SJO-SS<br><br>**JOINT EXHIBIT LIST**<br><br>Trial Date:  April 21, 2015<br>Time:        9:00 a.m.<br>Crtrm.:      1<br>PTC:         April 13, 2015 |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1  The parties hereby submit the following joint witness list for trial. The parties
2  reserve the right to supplement and/or amend this list or to use those exhibits
3  identified on any other party's list.

### EXHIBIT STIPULATION RE AUTHENTICITY.

Notwithstanding any objections or motions *in limine* as to admissibility on grounds other than authenticity, except where an objection is made herein below specifically on the basis of authenticity, the signatory parties also hereby STIPULATE to the authenticity of each, all, and any of the following exhibits; and the parties hereby STIPULATE that, for purposes of authentication only (*e.g.*, pursuant to Fed. R. Evid. 901-903, 1001-1007), except where an objection is made specifically on the basis of authenticity herein below, the parties waive all objections to the foregoing exhibits on grounds of authenticity.

| No. | Description of Exhibit | Defendant's Objection | Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | 911 Audio Call | | | | |
| 2. | Photograph of the Scene (Front Door - House) | | | | |
|    | Photograph of the Scene (Interior-House) | | | | |
|    | Photograph of the Scene (Living Room- House) | | | | |
|    | Photograph of the Scene (Hallway-Interior-House) | | | | |
| 3. | Photograph of the Scene. (Hallway to Garage) | | | | |

| # | Description | Objections | | | |
|---|---|---|---|---|---|
| 4. | Photograph of the Scene. (Interior Garage) | | | | |
| 5. | Photograph of the Scene. (Interior of Garage-Laundry room) | | | | |
| 6. | Photograph of the Scene. (Interior of Garage-Garage Door Open) | | | | |
| 7 | Photograph of the Scene. (Interior of Garage-Garage Door Open Driveway) | | | | |
| 8. | Photograph of Khoa Le's Bedroom | Hearsay, FRC 402 & Irrelevant | | | |
| 9. | Photograph of Khoa Le's Bedroom Door | Hearsay, FRC 402 & Irrelevant | | | |
| 10. | Photograph of Khoa Le's Bedroom | Hearsay, FRC 402 & Irrelevant | | | |
| 11. | Photograph of Khoa Le's Left hand. | Hearsay, FRC 402 Autopsy Photos re Motion in Limine | | | |
| 12. | Photograph of Khoa Le's Right Hand. | Hearsay, FRC 402 Autopsy Photos re Motion in Limine | | | |
| 13. | Photograph of Khoa Le's Left flank. | Hearsay, FRC 402 Autopsy Photos re Motion in Limine | | | |
| 14. | Photograph of Khoa Le's Right Flank. | Hearsay, FRC 402 Autopsy Photos re Motion in Limine | | | |

| | | | | | |
|---|---|---|---|---|---|
| 15. | Photograph of Khoa Le trauma to head. | Hearsay, FRC 402 Autopsy Photos re Motion in Limine | | | |
| 16. | Photograph of Khoa Le's right eye. | Hearsay, FRC 402 Autopsy Photos re Motion in Limine | | | |
| 17. | Photograph of Khoa Le Pre-Incident. | Not previously provided | | | |
| 18. | Photograph of Victor Rojas | | | | |
| 19. | Photograph of Jesus Rojas. | | | | |
| 20. | Photograph of Jacob Burse. | | | | |
| 22. | Photograph of Craig Montierth. | | | | |
| 23. | Photograph of Officer Jesus Rojas post Incident at Station. | | | | |
| 24. | Photograph of Officer Jesus Rojas- Injuries. | | | | |
| 25. | Photograph of Officer Victor Ruiz post Incident at Station. | | | | |
| 26. | Photograph of Officer Victor Ruiz -Injuries. | | | | |
| 27. | Photograph of Taser | | | | |
| 28. | Taser Data Download | Hearsay, FRC 402 & Irrelevant | | | |
| 29. | Photograph of Mock Scene with Officers Ruiz and Rojas. | Hearsay | | | |
| 30. | Photograph of Mock Scene with Officers Ruiz and Rojas. | Hearsay | | | |
| 31. | Photograph of Mock | Hearsay | | | |

| # | Description | Objections | | | | |
|---|---|---|---|---|---|---|
| | Scene with Officers Ruiz and Rojas. | | | | | |
| 32. | Photograph of Mock Scene with Officers Ruiz and Rojas | Hearsay | | | | |
| 33. | Photograph of Mock Scene with Officers Ruiz and Rojas | Hearsay | | | | |
| 34. | Photograph of Mock Scene with Officers Ruiz and Rojas | Hearsay | | | | |
| 35. | Photograph of Pill Box | | | | | |
| 36. | Photograph of medications | | | | | |
| 37. | Los Angeles County Sheriff Report # File No. 012-00058-3199-496 | Overbroad, Hearsay & FRE 403 | | | | |
| 38. | El Monte Police Incident Report #CR-12-5751-00 | Overbroad, Hearsay & FRE 403 | | | | |
| 39. | El Monte Police Incident Report Case #06CR7625 re Le, Koha Anh 6-3-06 | Overbroad, Hearsay & FRE 403 | | | | |
| 40. | Diagram of Scene Prepared by LACSD Sketch by D. Enriquez — | Overbroad, Hearsay & FRE 403 | | | | |
| 41. | El Monte Police CAD Report 6/14/12 | | | | | |
| 42. | El Monte Police Call for Service Report | Hearsay, Irrelevant | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | | 6/14/12. | | | | |
| 2 | 43. | Recorded Interview Officer Victor Ruiz | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 3 | 44. | Transcribed Interview of Officer Victor Ruiz | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 4 | | | | | | |
| 5 | 45. | Recorded Interview Officer Jesus Rojas | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 6 | | | | | | |
| 7 | 46. | Transcribed Interview of Officer Jesus Rojas | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 8 | | | | | | |
| 9 | 47. | Recorded Interview Diane Le | | | | |
| 10 | 48. | Los Angeles County Fire Dept EMT Report | | | | |
| 11 | | | | | | |
| 12 | 49. | Greater El Monte Medical Records | Hearsay, FRE 402, Irrelevant | | | |
| 13 | | | | | | |
| 14 | 50. | Autopsy Report No. 2012-03956 Ajay Panchal, M.D. | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 15 | | | | | | |
| 16 | 51. | Recorded Interview Craig Monteirth. | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 17 | | | | | | |
| 18 | 52. | Recorded Interview Jacob Burse | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 19 | | | | | | |
| 20 | 54. | El Monte Police Use of Force Policy (Policy 300 | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | 55. | El Monte Police Dept Policy Manual – Control Devices & Techniques (Policy 308-309.7 | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | 56. | El Monte Police Department Policy Manual – Mental | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 28 | | | | | | |

6
JOINT EXHIBIT LIST

| | # | Description | Objections | | | |
|---|---|---|---|---|---|---|
| 1 | | Illness Commitments (Policy 418) | | | | |
| 2 | | | | | | |
| 3 | 57. | Jack Smith 26 Report | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 4 | | | | | | |
| 5 | 58. | Jack Smith C.V. and Testimony | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 6 | | | | | | |
| 7 | 59. | John Hiserodt, M.D. Rule 26 Report | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 8 | | | | | | |
| 9 | 60. | John Hiserodt, M.D. C.V. and Testimony | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 10 | | | | | | |
| 11 | 61. | Alon Steinberg, M.D. Rule 26 Report | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 12 | | | | | | |
| 13 | 62. | Alon Steinberg, M.D. C.V. | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 14 | | | | | | |
| 15 | 63. | POST Learning Domain 37 | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 16 | | | | | | |
| 17 | 64. | POST Learning Domain 37 | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 18 | | | | | | |
| 19 | 66. | DOJ Bulletin Re: Positional Asphyxia | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | 67. | Joe Callanan Deposition dated 08/26/99 | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 23 | | | | | | |
| 24 | 68. | Joe Callanan Deposition dated 11/12/12 | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | 69. | Joe Callanan trial testimony 11/16/2009 | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 28 | | | | | | |

| No. | Description of Exhibit | Plaintiffs' Objection | Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 70. | Joe Callanan State Bar trial testimony 2-4-13 | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 71. | Joe Callanan Rule 26 Reports | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 72. | Joe Callanan State Bar Complaint | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 73. | State Bar Court Ruling | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 74. | American Journal of Forensic Medicine & Pathology – Asphyxia Death During Prone Restraint Revisited by Ronald L. O'Halloran, MD & Janice G. Frank, MD. | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 75. | Journal of Forensic Nursing –Restricted Breathing Diagram. | Hearsay, FRE 402 & 403, Irrelevant | | | |
| 76. | Funeral and Burial Expense Records. | | | | |

**DEFENDANTS' EXHIBITS**

| No. | Description of Exhibit | Plaintiffs' Objection | Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 200. | Dr. Gary Vilke's Diagram | Hearsay | | | |
| 201 | LASO of Recent P.C. 245 Arrest Report | Hearsay<br><br>P. Motion in Limine No. 2 and Oppos to D. MIL | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | #1. | | | |
| 202 | LASO Recorded Interview | Hearsay | | | |
| 203 | Recorded Interview of Khang Le | Hearsay\ FRE 402 & 403 P. Motion in Limine No. 3 | | | |
| 204 | Recorded Interview of Gaio Dang | Hearsay FRE 402 & 403 P. Motion in Limine No. 3 | | | |
| 205 | Recorded Interview of Tuan Tang | Hearsay FRE 402 & 403 P. Motion in Limine No. 3 | | | |
| 206 | Medical Records of Decedent | Hearsay FRE 402 & 403 P. Motion in Limine No. 3 | | | |

DATED: April 8, 2015

ALEXIS GALINDO
CURD GALINDO & SMITH LLP

By: _/s/ Alexis Galindo_
Alexis Galindo
Attorneys for Plaintiff

1  DATED: April 8, 2015            Ferguson, Praet & Sherman

2
                                    By: _____/s/_____
3                                       Peter J. Ferguson
                                        Attorneys for Defendants
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 301 East Ocean Blvd., Suite 1700, Long Beach, CA 90802.

On **April 15, 2015**, I served the within:

**JOINT EXHIBIT LIST**

in said action, on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

[ ]     **BY FIRST CLASS MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]     **BY FACSIMILE**: The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a report of the transmission.

[X]     **BY E-FILE**: **(IN COMPLIANCE WITH GENERAL ORDER)** On **April 15, 2015**, at my place of business, I e-filed the documents with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the parties listed below:

Peter J. Ferguson
Allen Christiansen
Steven A. Sherman
FERGUSON, PRAET & SHERMAN, APC
1631 E. 18th Street
Santa Ana, CA 92705
(714) 953-5300
(714) 953-1143 (Fax)
Attorneys for Defendants, City of El Monte and Steven Schuster and
Attorneys for Specially Appearing Respondent, El Monte Police Department

[X]     **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **April 15, 2015** at Long Beach, California.

                                                                *Irene Duran*
                                                                 Irene Duran

Curd, Galindo & Smith, L.L.P.
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fx: (562)624-1178