CURD, GALINDO & SMITH, L.L.P.
ALEXIS GALINDO, SBN 136643
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178
EMAIL: agalindo@cgsattys.com

Attorneys for Plaintiffs
KHANG LE and GIAO DANG, Successors in Interest and Individually

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually;<br><br>Plaintiffs<br><br>vs.<br><br>OFFICER VICTOR RUIZ; OFFICER JAVIER ROJAS and DOES 1 through 10, Inclusive.<br>Defendants | CASE NO: CV14-04579-SJO-SSx<br><br>**PLAINTIFFS' EMERGENCY *EX PARTE* APPLICATION TO CONTINUE TRIAL AS LEAD COUNSEL IS CURRENTLY ENGAGED IN TRIAL.**<br><br>Trial Date: April 21, 2015<br>Time: 8:30 a.m.<br>Crtrm.: 1<br>Judge : Hon. S. James Otero |

PLAINTIFFS KHANG LE and GIAO DANG, hereby move ex parte for a

trial continuance due to Lead Counsel, Alexis Galindo is currently engaged in trial

PLAINTIFFS' EMERGENCY *EX PARTE* APPLICATION TO CONTINUE TRIAL
AS LEAD COUNSEL IS CURRENTLY ENGAGE IN TRIAL

with Judge Bobbi Tillmon, Los Angeles Superior Court – West District Dept. G in the matter entitled *Douglas v. Romco Enterprises*, LASC Case No.: BC515229. The *Douglas'* trial is expected to conclude next Friday. Plaintiffs request that this trial be continued to Tuesday, April 28, 2015. The Court has discretion to continue the trial. *See, e.g., U.S. v. Alvarez*, 358, F.3d 1194, 1210 (9th Cir. 2004), cert. den. 543 U.S. 887. Plaintiffs respectfully request the Court exercise its discretion to do so.

As set forth in the Declaration of Richard Wynn in support of this application, the court was made aware that lead counsel Alexis Galindo was on trial call during the Pretrial Conference hearing on Monday. Mr. Galindo became engaged in trial later that day. At the Pretrial Conference hearing, the court informed the parties that it will be starting another trial on April 21, 2014, and that the court will accommodate counsel that may be engaged. Mr. Galindo is lead counsel and has an important role in the preparation and presentation of Plaintiffs' evidence at trial as well as in certain pre-trial matters. Plaintiffs' case would be compromised if trial commenced as currently scheduled as Mr. Galdino is not available to participate in the trial.

///

///

2

PLAINTIFFS' EMERGENCY *EX PARTE* APPLICATION TO CONTINUE TRIAL
AS LEAD COUNSEL IS CURRENTLY ENGAGE IN TRIAL

Plaintiffs' counsel informed Defense counsel regarding a continuance to April 28, 2015, and that defendants have no objection to this short continuance.

DATED: April 17, 2015         **CURD GALINDO & SMITH LLP**

By: _____/s/Alexis Galindo_____
Alexis Galindo
Attorneys for Plaintiffs

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 301 East Ocean Blvd., Suite 1700, Long Beach, CA 90802.

On **April 17, 2015**, I served the within:

**PLAINTIFFS' EMERGENCY EX PARTE APPLICATIN TO CONTINUE TRIAL AS LEAD COUNSEL IS CURRENTLY ENGAGED IN TRIAL**

in said action, on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

[ ] **BY FIRST CLASS MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a report of the transmission.

[X] **BY E-FILE: (IN COMPLIANCE WITH GENERAL ORDER)** On **April 17, 2015**, at my place of business, I e-filed the documents with the Clerk of the Court using the CM/ECF system which sent notification of the filing to the parties listed below:

Peter J. Ferguson
Allen Christiansen
Steven A. Sherman
FERGUSON, PRAET & SHERMAN, APC
1631 E. 18th Street
Santa Ana, CA 92705
(714) 953-5300
(714) 953-1143 (Fax)
Attorneys for Defendants, City of El Monte and Steven Schuster and
Attorneys for Specially Appearing Respondent, El Monte Police Department

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **April 17, 2015** at Long Beach, California.

Irene Duran