| | |
|---|---|
| 1 | **LAW OFFICES OF FERGUSON, PRAET & SHERMAN, APC** |
| | PETER J. FERGUSON SBN 108297 |
| 2 | peterferg@aol.com |
| | ALLEN CHRISTIANSEN SBN 263651 |
| 3 | achristiansen@law4cops.com |
| | 1631 E. 18th Street |
| 4 | Santa Ana, California 92705 |
| | (714) 953-5300 • Fax (714) 953-1143 |

Attorneys for Defendants
CITY OF EL MONTE, VICTOR RUIZ and JESUS ROJAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually; TUAN LE and DIANE LE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EL MONTE; STEVEN SCHUSTER, Chief of Police Individually and as a peace officer, OFFICER VICTOR RUIZ; OFFICER JAVIER ROJAS and DOES 1 through 10, Inclusive,<br><br>Defendants.<br>_____ | No. CV14-04579 SJO (SSx)<br><br>**JOINT NOTICE OF PENDING SETTLEMENT;** |

///

1

JOINT NOTICE OF PENDING SETTLEMENT

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

    Defendants City of El Monte, Victor Ruiz and Jesus Rojas (improperly sued as Javier Rojas) and Plaintiffs Khang Le, Giao Dang, Diane Le and Tuan Le in the above entitled matter have reached a settlement agreement to dismiss all claims in this matter as against all remaining Defendants pending finalization of the settlement agreement, city council approval and the filing of closing documents.

    Closing documents including dismissals are being prepared and are expected to be filed within sixty (60) days and request that the Court retain jurisdiction to enforce settlement during this time and vacate all pending hearings currently on calendar.

DATED: April 18, 2015        FERGUSON, PRAET & SHERMAN, APC

                                           /s/ Allen Christiansen
                                          Allen Christiansen  SBN 263651
                                          Peter J. Ferguson  SBN 108297
                                          Attorneys for Defendant City of El Monte, Ofc. Victor Ruiz and Ofc. Jesus Rojas

DATED: April 18, 2015        CURD, GALINDO & SMITH, LLP and WYNN LAW GROUP

                                           /s/ Alexis Galindo
                                          Alexis Galindo
                                          Attorneys for Plaintiffs

///

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I, Allen Christiansen, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 1631 East 18th Street, Santa Ana, California  92705-7101.

    On April 18, 2015, I served the **JOINT NOTICE OF PENDING SETTLEMENT;** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Alexis Galindo, Esq
CURD, GALINDO & SMITH, L.L.P.
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802

Richard Wynn, Esq.
WYNN LAW GROUP
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802

____ (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

____ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed April 18, 2015, at Santa Ana, California.

                                              /s/ Allen Christiansen
                                              Allen Christiansen