1                                JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANG LE and GIAO DANG, Successors in Interest and Individually; TUAN LE and DIANE LE, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF EL MONTE; STEVEN SCHUSTER, Chief of Police Individually and as a peace officer, OFFICER VICTOR RUIZ; OFFICER JAVIER ROJAS and DOES 1 through 10, Inclusive, <br><br> Defendants. <br> _____ | No.  CV14-04579 SJO (SSx) <br><br> Hon. S. James Otero <br><br> **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

*///*

**IT IS HEREBY ORDERED:**

     Plaintiffs Khang Le and Gia Dang dismiss City of El Monte, Victor Ruiz and Javier Rojas with prejudice.

DATED:     May 29, 2015.

_____

Hon. S. James Otero
United States District Court Judge

2